UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
EDWIN DIAZ, on behalf of himself and all
others similarly situated,

                   Plaintiffs,

                                                Index No.: 1:18-cv-07667-JPO

-against-

AMERICAN DENTAL OFFICES, PLLC,

                   Defendant.
------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: _____ 2018        Dated: 2-18-2019 2019
        Brooklyn, New York                    Melville, New York

Joseph H. Mizrahi, Esq.                  Adam G. Guttell
COHEN & MIZRAHI LLP              Jackson Lewis P.C.
300 Cadman Plaza West, 12th Fl.      58 South Service Road, Suite 250
Brooklyn, New York 11201             Melville, New York 11747
Tel: (929) 575-4175                        631.247.0404
joseph@cml.legal                            Adam.Guttell@Jacksonlewis.com
*Attorneys for Plaintiff*                     *Attorneys for Defendant*

SO ORDERED:

Dated: New York, New York

                _____ 2018

                                             The Honorable J. Paul Oetekn, U.S.D.J.