UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EDWIN DIAZ, on behalf of himself and all others similarly situated,

                      Plaintiffs,

-against-

AMERICAN DENTAL OFFICES, PLLC,

                      Defendant.

------------------------------------------------------------X

Index No.: 1:18-cv-07667-JPO

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: _____ 2018
Brooklyn, New York

_____

Joseph H. Mizrahi, Esq.
COHEN & MIZRAHI LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
Tel: (929) 575-4175
joseph@cml.legal
*Attorneys for Plaintiff*

Dated: 2-18-2019 2019
Melville, New York

_____

Adam G. Guttell
Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, New York 11747
631.247.0404
Adam.Guttell@Jacksonlewis.com
*Attorneys for Defendant*

SO ORDERED:

Dated: New York, New York

      February 22, 2018

_____
J. PAUL OETKEN
United States District Judge

11